| | |
|---|---|
| **MARALAN LAW, P.C.**<br>SAM MARALAN (SBN 298866)<br>3080 Bristol Street, Suite 630<br>Costa Mesa, California 92626<br>Telephone: (714) 641-0506<br>Facsimile: (714) 641-3604<br>sm@maralanlaw.com<br><br>Attorneys for Plaintiffs<br>DRAPERY WORKS, INC and<br>GARY BLOCH | **BUCKLEY LLP**<br>JAMES R. McGUIRE (SBN 189275)<br>jmcguire@buckleyfirm.com<br>201 Mission Street, 12th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 619-3500<br>Facsimile: (415) 619-3505<br><br>MICHAEL A. ROME (SBN 272345)<br>mrome@buckleyfirm.com<br>100 Wilshire Boulevard, Suite 1000<br>Santa Monica, California 90401<br>Telephone: (310) 424-3900<br>Facsimile: (310) 424-3960<br><br>Attorneys for Defendants On Deck Capital, Inc. and Celtic Bank Corporation |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DRAPERY WORKS, INC., a California corporation, and GARY BLOCH, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ON DECK CAPITAL, INC., a Delaware corporation; CELTIC BANK CORPORATION, a Utah corporation; and DOES 1 through 10, inclusive.,<br><br>　　　　Defendants. | Case No. 8:21-cv-01211 CJC (DFMx)<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE DEADLINES**<br><br>The Hon. Cormac J. Carney<br>The Hon. Douglas F. McCormick<br><br>Trial Date:　　None set |

**PLEASE TAKE NOTICE** that the parties have reached an agreement in principle to settle all claims against all Defendants in this action. The parties agree that this tentative agreement is conditioned upon the anticipated execution of a mutually agreeable, formal settlement agreement, and reserve all rights. The parties hereby jointly request that the Court vacate all scheduled deadlines while the parties formalize their agreement. The parties further state that they anticipate a dismissal of the action with prejudice will be filed within the next thirty (30) days).[1]

DATED: August 13, 2021          MARALAN LAW, P.C.


By:  _____/s/ Sam Maralan_____
     Sam Maralan
     Attorneys for Plaintiffs Drapery Works,
     Inc. and Gary Bloch


DATED: August 13, 2021          BUCKLEY LLP


By:  _____/s/ James R. McGuire_____
     James R. McGuire
     Michael A. Rome

     Attorneys for Defendants OnDeck Capital,
     Inc. and Celtic Bank Corporation

---

[1] In the event the Court does not vacate the deadline, Plaintiffs warrant they will take no default while the parties work towards a mutually agreeable settlement, and expressly waive the right to do so. Plaintiffs further warrant that in the event the parties reach impasse and are unable to reach a mutually agreeable settlement agreement, Plaintiffs will stipulate to an extension of Defendants' responsive pleading deadline to at least 21 days after the parties reach impasse.

1                     Case No. 8:21-cv-01211 CJC (DFMx)
JOINT NOTICE OF SETTLEMENT

## CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

/s/ James R. McGuire